UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:07MC583 JCH |
| | ) | |
| DONALD McDOWELL, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

This matter is before the Court on the Court's Show Cause Order dated May 22, 2008 wherein the Court ordered Respondent Donald McDowell to appear before this Court on May 29, 2008 at 10:30 a.m. and show cause why he should not be held in contempt of Court for failure to produce the requested tax information to the United States on or before February 19, 2008. [Doc. 9] Respondent appeared as ordered but has not complied with this Court's Order of January 11, 2008. [Doc. 5]

The Court finds Donald McDowell in Civil Contempt for failure to comply with this Court's Orders. The Court determines that Donald McDowell is subject to a monetary sanction of $300.00 per day, from and including the date of this Order, until such date and time he complies with the Court Orders ordering the production of the subject tax information.

Accordingly,

**IT IS HEREBY ORDERED** that Respondent is found in Civil Contempt for repeated failures to comply with this Court's Orders.

**IT IS FURTHER ORDERED** that Donald McDowell shall produce the required tax information to the United States immediately.

**IT IS FURTHER ORDERED** that Donald McDowell shall be sanctioned with a monetary fine of $300.00 per day, from and including the date of this Order until such date he produces all of the required tax information to the United States.

**IT IS FURTHER ORDERED** that a **Status Hearing** on this matter is set for **Friday, June 6, 2008** at **11:30 a.m.** in the courtroom of the undersigned. All parties must appear in person.

Dated the 29th day of May, 2008

                                                \s\ Jean C. Hamilton
                                                JEAN C. HAMILTON
                                        UNITED STATES DISTRICT JUDGE