UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:07MC583 JCH |
| ) | |
| DONALD McDOWELL, ) | |
| ) | |
| Respondent. ) | |

### UNITED STATES OF AMERICA'S
### MOTION FOR ENTRY OF FINAL JUDGMENT

COMES NOW Petitioner United States of America, by and through its undersigned attorneys and pursuant to the Orders of this Court dated May 29, 2008 [Doc. 10], June 13, 2008 [Doc. 14], and June 30, 2008 [Doc. 15], advises the Court that Respondent Donald McDowell, as President of Silver Star Grill & Saloon, Inc., ("Respondent McDowell"), has fully complied with both the Internal Revenue Service Summons issued on the 24th of August, 2007, as well as this Court's Orders, and seeks entry of a Final Judgment of the monetary sanction imposed against Respondent McDowell.

1. On May 29, 2008, this Court Ordered among other things "that Donald McDowell shall be sanctioned with a monetary fine of $300.00 per day, from and including the date of this Order until such date he produces all of the required tax information to the United States." [Doc. 10, p. 2]

2. Pursuant to this Court's Order of June 13, 2008 [Doc. 14, p. 2], Petitioner United States promptly notifies this Court that after forty-seven (47) calendar days from and including the entry of the May 29th Order, excluding the date of compliance, Respondent McDowell has fully complied by delivering the "required tax information" to IRS Agent James Norrenberns on Tuesday,

July 15, 2008. These forty-seven (47) calendar days constitute a monetary sanction totaling Fourteen Thousand One Hundred Dollars ($ 14,100.00).

WHEREFORE, Petitioner United States of America, prays that this Court enter a Final Judgment against Respondent Donald McDowell, as President of Silver Star Grill & Saloon, Inc., in the amount of $14,100.00, immediately due and payable to the United States upon entry of a Final Judgment.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

  *S/   Nicholas P. Llewellyn*
NICHOLAS P. LLEWELLYN   #52836
Chief, Civil Division
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street,   20th Floor
St. Louis, MO 63102
(314)539-7637
Fax: (314)539-2777
E-mail: nicholas.llewellyn@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, the foregoing *Motion for Entry of Final Judgment* was filed electronically with the Clerk of the Court and sent via U.S. Mail to:

Donald McDowell
President, Silver Star Grill & Saloon, Inc.
5089 Flat River Road
Farmington, MO  63640

  *s/   Nicholas P. Llewellyn*
NICHOLAS P. LLEWELLYN