UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07-MC-583 (JCH) |
| | ) | |
| DONALD McDOWELL, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the Memorandum and Order entered today and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in Petitioner's favor in the amount of $14,100.00, immediately due and payable to the United States of America.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that this action is **DISMISSED** with prejudice.

Dated this 28th day of July, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE