**Kennedy M. Russell, Senior**

c/o 903 Reiss Road
O'Fallon, Illinois (62269

Registered Mail # RE 088 275 149 US

October 27, 2008

Ms. Jean C. Hamilton,
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MISSOURI
111 South Tenth Street
Saint Louis, Missouri 63102

RE:     DONALD MCDOWELL, Case No. 4:07-MC-583 (JCH) Payment of Judgment.
        5091 Flat River Road, Farmington, Missouri [63640]

Sir/Madam:

Please find enclosed the "Commercial Instrument," Bonded Promissory Note (BPN) DLMCD1005, along with copy of judgment from the Clerk of the Court. The BPN in the amount of $14,100.00 pays in full the amount circled on the judgment. Your clerks may not be familiar with these type of instruments and do not know how to handle them. I sent this to your attention to settle this financial matter of judgment.

Please negotiate this BPN through the Federal Window at 230 South LaSalle Street, Chicago, Illinois [60604], (312) 322-5322 for settlement in full as circled on this demand notice. It should be credited to your account in 12 to 18 days from the time the Federal Window receive it.

DO NOT SEPARATE THE PAYMENT PACKAGE WITH THE PROMISSORY NOTE AND THE PAYOFF STATEMENT. THEY MUST REMAIN TOGETHER.

ATTACH YOUR DEPOSIT SLIP WITH A PAPERCLIP TO THE PACKAGE AND SEND IT TO YOUR BANK FOR DEPOSIT INTO YOUR ACCOUNT SO THAT THE BANK CAN PRESENT THE PACKAGE TO THE FEDERAL RESERVE WINDOW FOR CREDIT TO YOUR ACCOUNT.

Thank you for your attention to this matter. Upon receipt of payment of this account, please send to me at the above address a receipt marked "PAID IN FULL".

Sincerely, Without Prejudice UCC 1-308.

By: *[signature: Kennedy-Mike: Russell]*
Kennedy-Mike: Russell
Authorized Representative

Ref. Bond No. RB 532 516 426 US

**NEGOTIABLE**                **NEGOTIABLE**

**BONDED PROMISSORY NOTE**

**Note Number: DLMCD1005BPN**          **Date:** October 27, 2008
USPS REGISTERED MAIL TRACKING  # RE 088 275 149 US

$ 14,100.00 USD

Pay to the order of    UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MISSOURI
           FOURTEEN THOUSAND ONE HUNDRED DOLLAR AND NO Cents

**MEMO:** This Note shall be applied as Full Payment and Satisfaction on behalf of DONALD MCDOWELL, and shall be ledgered against Offset Bond # KMR071808-POB001 , USPS Tracking Number RB 088 274 713 US for the settlement and payment of JUDGEMENT, Case Num. 4:07-MC-583 (JCH) to Jean C. Hamilton, UNITED STATES DISTRICT JUDGE,  AND/OR SUCCESSOR, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MISSOURI, 111 South 'tenth Street, St. Louis, Missouri 63102 for  the Full Value of said judgment  and the Immediate Release and Discharge of said Party from all related Liabilities, Contracts, Accounts, and Obligations deriving there from.  Ledger all Fees associated with this transaction against the Offset Bond # KMR071808-POB001, USPS Tracking Number RB 532 516 426 US.

This instrument is a BONDED PROMISSORY NOTE tendered by the Undersigned, Kennedy-Mike: [Russell], hereinafter "Maker," in good faith, and in accordance with law, as full satisfaction of a debt owed in favor of Payee herein.

On this Twenty-seventh day of October 2008, I, Kennedy-Mike: [Russell], by this negotiable instrument promise to Pay to Payee $14,100.00 USD. Payable on demand upon presentment of this original instrument properly endorsed on or after October 27, 2008 AD. This statement constitutes Maker's promise for paying this instrument upon Presentment.

As an operation of  law, Payee tacitly consents and agrees that there is Accord and Satisfaction by use of this instrument for satisfying Payee's claim and Kennedy-Mike: [Russell] is hereby discharged from liability on this  account and the obligation is suspended.  Void where prohibited by law.

*Kennedy-Mike: Russell* (signature)

**Offset Bond No:** KMR071808-POB001
**USPS Tracking No.** RB 532 516 426  US
Private Offset Account Number 318 30 8985
**Present to Federal Window for Payment against**
FRB CHCO 0710 0030 1
Bond Account:  B60450071
230 South LaSalle
Chicago, ILL  (60604)
(312) 332-5322

Kennedy-Mike: Russell, "As good as Aval"
c/o 903 Reiss Road
O'Fallon, Illinois (62269), a man on the land

Witness *Ali-Leo: Koga* (signature)

Witness *Daniel Walter: Denham* (signature)

Authorized person indorse below.  Print name and official title when presenting this Instrument for payment.  Government-issued ID with photograph required, i.e. only the following types of ID accepted: state-issued Drivers License; state-issued Identification Card; Passport.

_____     _____
Printed Name of Endorser                                 Form of Photo Identification

_____     _____
Official Title of Endorser                                   Form of Official Identification

_____     _____
Date of Presentment and Endorsement                Signature of Endorser

**Private Discharge and Indemnity # KMR 0630081**
**USPS REGISTERED MAILTRACKING NO. RE 194 946 889 US**     **Issue Date:  October 27, 2008**
Private Offset Bond  #KMR071808-POB001
USPS Tracking Number RB 008 274  713 US

Void if prohibited by substantive regulation published in the federal register with a mandatory comment period.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>DONALD McDOWELL, )<br>)<br>Respondent. ) | Case No. 4:07-MC-583 (JCH) |

## JUDGMENT

In accordance with the Memorandum and Order entered today and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in Petitioner's favor in the amount of $14,100.00 immediately due and payable to the United States of America.

*[handwritten: PAID IN FULL 10/27/08 K.M.R.]*

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that this action is **DISMISSED** with prejudice.

ted this _28th_ day of July, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

Donald Lee: McDowell
c/o 5089 Flat River Road
Farmington, Missouri [63640]

REGISTERED MAIL
RB 088 275 149 US
Label 200, July 1999   (102595) 99-M-1904

RECEIVED BY MAIL
NOV 03 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

Ms. Jean C. Hamilton
United States District Judge
United States District Court
111 S. Tenth Street
St. Louis, Missouri [63102]

U.S. POSTAL SERVICE
0000
63102

U.S. POS PAID
BOWLING GREEN
63334
OCT 30 '0
AMOUNT $13.21
00003778I